

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

FILED

JUL 1 0 2020

Clerk, U S District Court
District Of Montana
Billings

GAVIN MCCAFFREY,

                    Plaintiff,

vs.

ROBERT PARKER,

                    Defendant.

CV 19-132-BLG-SPW

ORDER

Upon Stipulation for Dismissal with Prejudice (Doc. 11) between the parties

hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED**

**WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that the Final Pretrial Conference hearing set

for Monday, November 2, 2020 at 1:30 p.m. and the Trial set for Monday,

November 16, 2020 at 9:00 a.m. are **VACATED.**

DATED this __10th__ day of July, 2020.

Susan P. Watters
U. S. DISTRICT JUDGE

1